

**ORDERED in the Southern District of Florida on August 2, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

In re:                                                                                    Case 14-26385-JKO
Lauren Enterprises LLC                                                      Chapter 11
    Debtor.
_____/

ORDER APPROVING INTERIM EMPLOYMENT OF
DEBTOR IN POSSESSION'S ATTORNEY (Doc 8)

    THIS CAUSE came on before the 7/30/14 at 2:30 PM upon the application of debtor in possession for authority to retain an attorney (Doc8) , and upon the affidavit of Joel M. Aresty (Doc  8).
    Upon the representations that Joel M. Aresty is duly qualified under Local Rule 2090-1(A) to practice in this court that Joel M. Aresty holds no interest adverse to the estates in the matters upon which he is engaged, that  Joel M. Aresty and Joel M. Aresty P.A. are disinterested persons as required by 11 U.S.C. § 327(a), and have disclosed any connections with parties set forth in Bankruptcy Rule 2014 and that their employment is necessary and would be in the best interest of the estates, it is
    ORDERED that the debtor in possession is authorized to retain Joel M. Aresty of the law firm of  Joel M. Aresty, P.A., on an interim basis, on  general retainer, pursuant to 11 U.S.C. §§ 327 and 330; final hearing shall be 08/26/2014 at 10:30 AM at 299 E Broward Blvd Room 301.

###

Submitted by: Joel M. Aresty Copies to: Debtor U.S. trustee 20 largest unsecured creditors All appearances Joel M. Aresty, Esq., is directed to serve a copy of this order on the parties listed below if not otherwise served Office of U.S. Trustee, 51 SW 1st Ave. Room 1204, Miami, FL 33130

1